CLEVELAND BAR ASSOCIATION *v.* TOLLIVER.

[Cite as *Cleveland Bar Assn. v. Tolliver* (1996), 75 Ohio St.3d 178.]

(No. 95–2174—Submitted December 6, 1995—Decided March 5, 1996.)

180

*Seymour R. Brown, John R. Jewitt, Jr.,* and *David A. Schaefer,* for relator.
*Wesley A. Dumas, Sr.,* for respondent.

*Per Curiam.* This court agrees with the findings and recommendation of the board. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.